BENJAMIN YEISER, Sr., *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. RAYMOND ROGERS, DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 581.

*Messrs. Schneider & Schneider* and *Mr. George F. Losche* for the petitioner.

*Mr. Samuel A. Bloom* for the respondents.

March 7, 1955. Granted.

BRAD RAFFERZEDER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. RALEIGH FITKIN-PAUL MORGAN MEMORIAL HOSPITAL, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 33 *N. J. Super.* 19.

*Mr. Milton Kosene* and *Mr. Alexander Levchuk* for the petitioners.

*Messrs. Durand, Ivins & Carton* for the respondents.

. March 7, 1955. Granted.